# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

v.

**STEVEN C. MOORE,**

      **Defendant.**

Case No. 2:19-cr-214

JUDGE EDMUND A. SARGUS, JR.

## OPINION AND ORDER

This matter is before the Court on Defendant Steven C. Moore's ("Defendant") Motion in Limine (ECF No. 40), the Government's Response in Opposition (ECF No. 48), and Defendant's Reply in Support (ECF No. 49). The Court held a hearing and addressed Defendant's Motion on September 8, 2020. As discussed during the hearing, the parties have reached a stipulation in accord with the holding in *Old Chief v. United States*, 519 U.S. 172 (1997). The Government will not use any prior convictions to prove an element of the offense charged. In the event the Government wishes to use prior convictions for any other purpose, such matter will be addressed outside of the presence of the jury before presented as evidence in the trial. Accordingly, the Defendant's Motion in Limine (ECF No. 40) is **GRANTED in part and DENIED in part**.

**IT IS SO ORDERED.**

**9/10/2020**                                       **s/Edmund A. Sargus, Jr.**
**DATE**                                            **EDMUND A. SARGUS, JR.**
                                                   **UNITED STATES DISTRICT JUDGE**